POCATELLO EDUCATION ASSOCIA-TION; Idaho Education Association; Professional Fire Fighters of Idaho, Inc.; Service Employees International Union, Local 687; AFL–CIO, Plaintiffs–Appellees,

v.

Mark HEIDEMAN, in his official capacity as Bannock County Prosecuting Attorney, Defendant,

and

Ben Ysursa, in his official capacity as Secretary of State for the State of Idaho; Lawrence Wasden, in his official capacity as Attorney General for the State of Idaho, Defendants–Appellants.

No. 06–35004.

United States Court of Appeals, Ninth Circuit.

April 13, 2009.

Jeremiah A. Collins, Esq., Bredhoff & Kaiser, PLLC, Washington, DC, John E. Rumel, Esq., Idaho Education Association, Debra Young Irish, Esq., John F. Greenfield, Esq., Boise, ID, Robert H. Chanin, Esq., Judith A. Scott, Washington, DC, for Plaintiffs–Appellees.

James D. Carlson, Esq., Michael S. Gilmore, Esq., Brian P. Kane, Esq., Office of the Idaho Attorney General, Boise, ID, for Defendants–Appellants.

## ORDER

In accordance with the mandate of the Supreme Court in *Ysursa v. Pocatello Education Association,* —— U.S. ——, 129 S.Ct. 1093, 1101, 172 L.Ed.2d 770 (2009), the judgment of the district court is reversed and the case remanded with instructions to enter judgment for defendants on the local government claim.